UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHASE CHARLES CAUSEY,

        Plaintiff,

v.                                    Case No. 3:19-cv-672-J-39JRK

WARDEN GODWIN, et al.,

        Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff Chase Charles Causey initiated this action on June 7, 2019, by filing a pro se Civil Rights Complaint (Doc. 1). On October 17, 2019, the Court granted Plaintiff's motion to voluntarily dismiss the action. See Order (Doc. 6). On October 21, 2019, Plaintiff filed a motion to reopen the case, which the Court granted on October 23, 2019 (Docs. 8, 9). On November 22, 2019, the Court directed Plaintiff to file an amended complaint and provide service copies by December 23, 2019. See Order (Doc. 11). Plaintiff failed to comply or request additional time within which to do so.

    Therefore, the Court directed Plaintiff to show cause, by February 3, 2020, why this case should not be dismissed for his failure to comply with the Court's Order or otherwise prosecute the case. See Order to Show Cause (Doc. 12). The Court advised Plaintiff that his failure to timely comply may result in the

dismissal of this case without further notice. See id. (citing Rule 3.10, Local Rules, United States District Court for the Middle District of Florida).

In prosecuting this action, Plaintiff is responsible for complying with this Court's Orders. As of the date of this Order, he has neither complied with the Court's Orders (Docs. 11, 12), explained his noncompliance, nor requested additional time to comply. Given that the designated time to respond to the Court's Order (Doc. 12) passed on February 3, 2020, this Court concludes that the dismissal of this case is appropriate at this time.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice** for Plaintiff's lack of prosecution.

2. The **Clerk of Court** shall enter judgment dismissing this case, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of February, 2020.

_____
BRIAN J. DAVIS
United States District Judge

caw 2/13
c:
Chase Charles Causey, #D11432

2